NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1395


LANA DORE, ET UX.

VERSUS

DR. WESTON PETER MILLER, III


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 79447
HONORABLE JULES DAVID EDWARDS, III, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


ELIZABETH A. PICKETT
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell,
Judges.


AFFIRMED.


Cooks, J., dissents and assigns written reasons.

Alan K. Breaud
Breaud & Lemoine
P. O. Drawer 3448
Lafayette, LA 70502
(337) 266-2200
Counsel for Defendant-Appellee:
 Dr. Weston Peter Miller, III

**Lawrence D. Wiedemann**
**Wiedemann & Wiedemann**
**821 Baronne St.**
**New Orleans, LA 70113**
**(504) 581-6180**
**Counsel for Plaintiffs-Appellants:**
 **Lana Dore**
 **Presley Dore**